IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK A. HILL                                                                                    PLAINTIFF

v.                                       No. 4:13-cv-89-DPM

ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION
and JERRY BRADSHAW, in his
individual and official capacities                                                       DEFENDANTS

ORDER

The Court is concerned about the progress of this case. About a month ago, Hill's lawyer withdrew and Hill began prosecuting this case *pro se*. № 20. His lawyer's attempts to reach him were unsuccessful, and Hill hasn't otherwise communicated with the Court. № 19. Defendants now say that Hill hasn't responded to discovery requests that were propounded in May. № 21. The discovery cutoff and dispositive motions deadline are looming. № 13.

Defendants' motion to compel, № 21, is granted. Hill must respond to the interrogatories by 27 August 2014. If he does not, the Court will consider sanctions, including the dismissal of his case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

13 August 2014