IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK A. HILL                                                          PLAINTIFF

v.                          No. 4:13-cv-89-DPM

ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION
and JERRY BRADSHAW, in his
individual and official capacities                          DEFENDANTS

ORDER

This Court warned Hill that failure to respond to the Defendants' interrogatories by 27 August 2014 could result in the dismissal of his case without prejudice. № 23. He hasn't responded, as far as the Court knows. Hill contacted chambers by telephone last week — he's moved out of state, and no longer wishes to pursue his case at this time. His complaint is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 August 2014