# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MARK A. HILL                                                          PLAINTIFF

v.                                    No. 4:13-cv-89-DPM

ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION
and JERRY BRADSHAW, in his
individual and official capacities                          DEFENDANTS

## JUDGMENT

Hill's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

28 August 2014